IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE ALMEIDA,

    Plaintiff,                    No. CIV S-03-1615 GGH

    vs.

JO ANNE B. BARNHART,        <u>ORDER</u>
Commissioner of
Social Security,

    Defendant.
_____/

        On August 24, 2006, the Ninth Circuit reversed this court's judgment and gave instructions to award benefits. Pursuant to that order, IT IS HEREBY ORDERED that the case is remanded for a computation of benefits.

DATED: 8/30/06

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       U.S. MAGISTRATE JUDGE

GGH/076
Almeida1615.rem.wpd

1